WALLACE G. KAY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10102. Promulgated February 6, 1928.

*George M. Wolcott, Esq.,* for the petitioner.
*E. C. Lake, Esq.,* for the respondent.

**OPINION.**

SIEFKIN: Section 214 (a) of the Revenue Act of 1921 provides as follows:

That in computing net income there shall be allowed as deductions:

(1) All the ordinary and necessary expenses paid or incurred during the taxable year in carrying on any trade or business, including a reasonable allowance for salaries or other compensation for personal services actually rendered; traveling expenses * * *;

* * * * * * *

(4) Losses sustained during the taxable year and not compensated for by insurance or otherwise, if incurred in trade or business;

* * * * * * *

(8) A reasonable allowance for the exhaustion, wear and tear of property used in the trade or business, including a reasonable allowance for obsolescence. * * *

We must hold, in view of the evidence, that the petitioner is entitled to deductions for travel expenses, $60.50; for chauffeur's salary, $1,200; for gasoline, repairs, etc., $1,686; depreciation on Paige car from January 1 to May 24, 1921, at the rate of 25 per cent per annum, $336.09; depreciation on Marmon car from May 24 to December 31, 1921, at the rate of 25 per cent per annum, $890.61; and for loss on the sale of the Paige car on May 24, 1921, $239.37.

*Judgment will be entered for the petitioner.*